**STATE of Missouri, Respondent,**

v.

**Brian Paul SMITH, Appellant.**

**No. ED 104140**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: June 6, 2017

FOR APPELLANT: Michael Kielty, 60 Hill Pointe Ct., Ste. 202, St. Charles, MO 63303.

FOR RESPONDENT: Joshua D. Hawley, Attorney General, Christine Lesicko, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Brian Paul Smith appeals the judgment entered upon a jury verdict convicting him of driving while intoxicated. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).